UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                             :
ANGEL J. RODRIGUEZ,                :
                Plaintiff,    :     **ORDER ADOPTING REPORT**
                             :     **AND RECOMMENDATION**
v.                            :
                             :     16 CV 1447 (VB)
HEINCHON MARCUS DISTRIBUTORS, LLC,  :
                Defendant.  :
                             :
-------------------------------------------------------------x

Briccetti, J.:

        Before the Court is Magistrate Judge Paul E. Davison's Corrected Report and

Recommendation ("R&R"), dated November 10, 2016 (Doc. #24), in response to the Court's

Order of Reference for an inquest on damages.  (Doc. #15).

        Judge Davison recommended entry of a Judgment against defendant Heinchon Marcus

Distributors, LLC, in the total amount of $64,057.26.  Specifically, Judge Davison recommended

that plaintiff be awarded damages as follows: overtime wages in the total amount of $25,277.34;

liquidated damages in the total amount of $25,277.34; and attorneys' fees and costs in the total

amount of $13,502.58.

        Familiarity with the factual and procedural background of this case is presumed.

        For the following reasons, the Court adopts the R&R as the opinion of the Court.

        A district court reviewing a magistrate judge's report and recommendation "may accept,

reject, or modify, in whole or in part, the findings or recommendations made by the magistrate

judge."  28 U.S.C. § 636(b)(1).  Parties may raise objections to the magistrate judge's report and

recommendation, but they must be "specific[,] written," and submitted within 14 days after being

served with a copy of the recommended disposition.  Fed. R. Civ. P. 72(b)(2); 28 U.S.C.

§ 636(b)(1).

 Insofar as a report and recommendation deals with a dispositive motion, a district court

must conduct a <u>de novo</u> review of those portions of the report or specified proposed findings or

recommendations to which timely objections are made.  28 U.S.C. § 636(b)(1)(C).  The district

court may adopt those portions of a report and recommendation to which no timely objections

have been made, provided no clear error is apparent from the face of the record.  <u>Lewis v. Zon</u>,

573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008); <u>Nelson v. Smith</u>, 618 F. Supp. 1186, 1189 (S.D.N.Y.

1985).  The clearly erroneous standard also applies when a party makes only conclusory or

general objections, or simply reiterates his original arguments.  <u>Ortiz v. Barkley</u>, 558 F. Supp. 2d

444, 451 (S.D.N.Y. 2008).

 No party has objected to Judge Davison's thorough and well-reasoned R&R.

 The Court has carefully reviewed the R&R and finds no error, clear or otherwise.

## CONCLUSION

Accordingly, the R&R is adopted in its entirety as the opinion of the Court.

The Clerk is instructed to enter a Judgment awarding damages in favor of plaintiff Angel

J. Rodriguez and against defendant Heinchon Marcus Distributors, LLC, in the total amount of

$64,057.26, as follows:

1.  Overtime wages in the total amount of $25,277.34;

2.  Liquidated damages in the total amount of $25,277.34; and

3.  Attorneys' fees and costs in the total amount of $13,502.58.

After entering Judgment as directed, the Clerk is instructed to close this case.

Dated: December 28, 2016
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

3